IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re | Bankruptcy Case: 12-31451-RAG |
| **JOHN J. WALTON, JR.**, | Chapter 7 |
| Debtor. | |
| **W. CLARKSON McDOW, JR.** United States Trustee for Region Four | |
| Plaintiff | Adv. Proc.: 12-00644-RAG |
| v. | |
| **JOHN J. WALTON, JR.** | |
| Defendant | |

### NOTICE OF SERVICE OF DISCOVERY MATERIALS

I HEREBY CERTIFY, that on this 2nd day of May, 2013, a notice of deposition noting the deposition of Defendant, John J. Walton, Jr., was e-mailed and mailed, first-class, postage prepaid to:

Colin J. Casler, Esq.
Coon & Cole, LLC
401 Washington Avenue
Suite 501
Towson, MD 21204

ccasler@ccclaw.net

|                      |                                                        |
|----------------------|--------------------------------------------------------|
| Dated: May 2, 2013   | /s/ *Hugh M. Bernstein*                                |
|                      | Hugh M. Bernstein (Fed. Bar No. 23489)                 |
|                      | hugh.m.bernstein@usdoj.gov                             |
|                      | Office of the United States Trustee                    |
|                      | 101 West Lombard Street, Suite 2625                    |
|                      | Baltimore, Maryland 21201                              |
|                      | (410) 962-4300                                         |
|                      | Fax: (410) 962-3537                                    |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May 2013, a copy of the foregoing notice was filed electronically and that, according the Court's CM/ECF systsem, the following persons received electronic service as a result:

- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Colin James Casler    ccasler@ccclaw.net, cccoon@ccclaw.net;davidhcole@ccclaw.net;associate@ccclaw.net;zcoon@ccclaw.net;CoonColeMyECF@gmail.com
- Curtis C. Coon    cccoon@ccclaw.net, davidhcole@ccclaw.net;ccasler@ccclaw.net;zcoon@ccclaw.net

    /s/ *Hugh M. Bernstein*
    Hugh M. Bernstein