IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re<br><br>**JOHN J. WALTON, JR.**<br><br>    Debtor.<br><br>**W. CLARKSON McDOW, JR.**<br>United States Trustee for Region Four,<br><br>       Plaintiff<br><br>v.<br><br>**JOHN J. WALTON, JR.**<br><br>       Defendant | Bankruptcy Case: 12-22196-RAG<br><br>Adversary Proceeding: 12-00644-RAG<br><br>Chapter 7 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, and Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned adversary proceeding hereby stipulate to its dismissal.

                                          Respectfully submitted,

| | |
|---|---|
| /s/ *Colin J. Casler* | /s/ *Hugh M. Bernstein* |
| Colin J. Casler (Federal Bar No. 28609) | Hugh M. Bernstein (Federal Bar No. 23489) |
| Coon & Cole, LLC | United States Department of Justice |
| 401 Washington Avenue, Suite 501 | 101 W. Lombard Street, Suite 2625 |
| Towson, Maryland 21204 | Baltimore, Maryland 21201 |
| (410) 630-4427 | (410) 962-4300 |
| ccasler@ccclaw.net | hugh.m.bernstein@usdoj.gov |
| | |
| Counsel for Defendant | Counsel for Plaintiff |